UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J.K., an Individual, | Case No. 8:24-cv-00118 PA (ADS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for Judgment in Support of Complaint (Dkt. No. 11), Defendant's Opposition to Plaintiff's Brief (Dkt. No. 12), Plaintiff's Reply to Defendant's Brief (Dkt. No. 13), and the Report and Recommendation of United State Magistrate Judge (Dkt. No. 15).  No objections were filed, and the time to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1.  The Report and Recommendation (Dkt. No. 15) is accepted;

2. The decision of the Commissioner denying benefits is reversed and remanded for further proceedings; and

3. Judgment is to be entered accordingly.

DATED: February 1, 2025

_____
PERCY ANDERSON
United States District Judge