Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com
Attorney for Plaintiff ROBERT JOHN KING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHN KING,<br><br>  Plaintiff,<br><br>  v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>  Defendant | CASE NO.  8:24-cv-118 PA-ADS<br><br>[PROPOSED] ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. §2412(d) |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$9,000** and **$405** in costs as authorized by 28 U.S.C. § 2412.  **FURTHER ORDERED** that the fees are made and delivered to Plaintiff's counsel Sima. G. Aghai as set forth in the Stipulation of the Parties.

Dated:  05/06/2025

　　　　　　　　　　　　　/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE